******************************************

The "officially released" date that appears near the beginning of an opinion is the date the opinion will be published in the Connecticut Law Journal or the date it is released as a slip opinion. The operative date for the beginning of all time periods for the filing of postopinion motions and petitions for certification is the "officially released" date appearing in the opinion.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports. In the event of discrepancies between the advance release version of an opinion and the version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest version is to be considered authoritative.

The syllabus and procedural history accompanying an opinion that appear in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced or distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.

******************************************

# APPENDIX

| PETITION FOR 30%+ BOND FOR SERIOUS FIREARM OFFENSE<br>JD-CR-205 New 10-23<br>C.G.S. §54-64a; P.A. 23-53 § 38 | For Information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/ | STATE OF CONNECTICUT<br>JUDICIAL BRANCH<br>SUPERIOR COURT<br>www.jud.ct.gov |
|---|---|---|

| Name of accused | Police case number | Docket number |
|---|---|---|
| Aaron Dwight Moore | 2200047394 | N67M CR25.035-904/-5 |

## Petition

Pursuant to General Statutes § 54-64a, as amended by Public Act 23-53, § 38(c), the undersigned prosecutorial official petitions the court to require the accused listed above, in order to be released on bond, to deposit directly with the court at least 30% of the bond amount set by the court on the attached arrest warrant or during the accused's arraignment.

In support of this petition, the undersigned prosecutorial official has a good faith basis to believe the following:

1. The accused's conduct, as alleged in the arrest warrant attached to this petition or presented to the court at arraignment, constitutes a serious firearm offense(s), as defined by General Statutes § 53a-3, as amended by P.A. 23-53, § 36 (24), specifically: *(Specify serious firearm offense(s)):*

## AND

*(Select either Option 2.A. or 2.B.)*

☐ **2.A.** There is a rebuttable presumption that the safety of other persons will be endangered without the granting of this because: *(Select one of the following four categories.)*

☐ I. The accused is a serious firearm offender, as defined by PA 23-53 § 36 (25), because the accused has: *(Select one)*
  ☐ Two previous convictions for a serious firearm offense
  ☐ A previous conviction for a serious firearm offense and a previous conviction for a violation of: *(Select at least 1)*
    ☐ § 29-36  ☐ § 29-36a  ☐ § 53a-217 (a)(1)  ☐ § 53a-217c (a)(1)
  ☐ A previous conviction for a serious firearm offense and previous convictions for two or more felonies.

☐ II. The accused has two previous convictions for a violation of: *(Select at least 2)*

| | | | |
|---|---|---|---|
| ☐ ☐ § 29-36 | ☐ ☐ § 53-202w | ☐ ☐ § 53a-54d | ☐ ☐ § 53a-60 | ☐ ☐ § 53a-217b |
| ☐ ☐ § 29-36a | ☐ ☐ § 53-202aa | ☐ ☐ § 53a-55 | ☐ ☐ § 53a-60a | ☐ ☐ § 53a-217c |
| ☐ ☐ § 53-202 | ☐ ☐ § 53-206i | ☐ ☐ § 53a-55a | ☐ ☐ § 53a-134 | |
| ☐ ☐ § 53-202a | ☐ ☐ § 53a-54a | ☐ ☐ § 53a-56 | ☐ ☐ § 53a-212 | |
| ☐ ☐ § 53-202b | ☐ ☐ § 53a-54b | ☐ ☐ § 53a-56a | ☐ ☐ § 53a-216 | |
| ☐ ☐ § 53-202c | ☐ ☐ § 53a-54c | ☐ ☐ § 53a-59 | ☐ ☐ § 53a-217 | |

☐ III. The accused has a previous conviction for a violation of § 29-35 and a violation of: *(Select at least 1)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ § 29-36 | ☐ § 53-202c | ☐ § 53a-54b | ☐ § 53a-56 | ☐ § 53a-134 | ☐ § 53a-217c |
| ☐ § 29-36a | ☐ § 53-202w | ☐ § 53a-54c | ☐ § 53a-56a | ☐ § 53a-212 | |
| ☐ § 53-202 | ☐ § 53-202aa | ☐ § 53a-54d | ☐ § 53a-59 | ☐ § 53a-216 | |
| ☐ § 53-202a | ☐ § 53-206i | ☐ § 53a-55 | ☐ § 53a-60 | ☐ § 53a-217 | |
| ☐ § 53-202b | ☐ § 53a-54a | ☐ § 53a-55a | ☐ § 53a-60a | ☐ § 53a-217b | |

☐ IV. The accused has two or more convictions during the last five years for a violation of: *(Select at least 2)*
  ☐ ☐ § 21a-277  ☐ ☐ § 21a-278  ☐ ☐ § 53a-122  ☐ ☐ § 53a-123

## OR

☒ **2.B.** The accused is a serious risk to the safety of another person or persons because of the accused's conduct alleged in the arrest warrant attached to this petition or presented to the court at arraignment and any information specified below: *(Specify other relevant information.)*

☐ See attached for additional relevant information.

| Signature (Prosecutorial official) | Print name | Date |
|---|---|---|
| | Brian K. Ji | 01/08/25 |

Page 1 of 2

**Order of the Court**

The petition is:

☒ **Granted,** the court having found that the safety of other persons will be endangered without the granting of this petition or that the accused poses a serious risk to the safety to another person or persons.

☐ **Denied**

| By the Court (Name of Judge) | Signed | On (Date) |
|---|---|---|
| | | |